UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. **02 - 22607**

**CIV-MOORE**

MAGISTRATE JUDGE
O'SULLIVAN

AMERICAN EAGLE OUTFITTERS, INC.
a Delaware corporation,

      Plaintiff,

vs.

INTEGRATED DISTRIBUTION SYSTEMS,
INC., a Florida corporation,

      Defendant.

_____/



### COMPLAINT

      Plaintiff, AMERICAN EAGLE OUTFITTERS, INC. ("AMERICAN EAGLE"), a Delaware corporation, by and through their undersigned attorneys, sues the Defendant INTEGRATED DISTRIBUTION SYSTEMS, INC. ("INTEGRATED"), a Florida corporation, and alleges:

      1.    This is an action for damages in which the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

      2.    This Court has jurisdiction of this cause pursuant to the provisions of 28 U.S.C. §1332.

      3.    At all times material hereto, Plaintiff AMERICAN EAGLE is and was a Delaware corporation, having its principal place of business in Pennsylvania.

      4.    At all times material hereto, the Defendant, INTEGRATED DISTRIBUTION SYSTEMS, INC., is and was a corporation, organized under the laws of the State of Florida, having its principal place of business in Miami-Dade County, Florida.

      5.    That on or about April 7, 2001, AMERICAN EAGLE, on purchase order



number 66865, entered into an agreement with Li & Fung Trading Ltd., Hong Kong. Li & Fung Trading Ltd. contracted with Cheil Honduras, C.A., located in Cortes, Honduras, to manufacture and ship forty-three thousand and six pieces of ladies tank tops, for a total, per invoice number CHL010407-3, of $152, 671.30. A copy of the purchase order/invoice is attached hereto as Exhibit "A", and incorporated herein by reference.

6.      That on or about April 7, 2001, Cheil Honduras packed and stuffed 43,006 assorted pieces of ladies tank tops into 862 cartons. A copy of the aforementioned packing list is attached hereto as Exhibit "B" and incorporated herein by reference.

7.      That on or about April 7, 2001, American Consolidators Services (ACS) witnessed and recorded the cartons count into container number GSTU9522038, and sealing same with ACS seal number 982468. A copy of the loading tally sheet is attached hereto as Exhibit "C" and incorporated herein by reference.

8.      ACS receipt number 2497, dated April 7, 2001, evidences 862 cartons said to weight 6,469.28 kilograms, with additional seal number ML-LA 0068381. A copy of the receipt is attached hereto as Exhibit "D" and incorporated herein by reference.

9.      Thereafter, the container was transported to Puerto Cortes, Honduras, for loading aboard the M/V Maersk Santo Tom, destined for Port Everglades, Florida. The shipment was covered under Maersk Sealand Bill of Lading number XSP040686, a copy of which is attached hereto as Exhibit "E", and incorporated herein by reference.

10.      That on or about April 11, 2001, and upon arrival at Port Everglades, Florida, Florida Maersk Sealand placed the container in their cargo field location M876, field 25,

as United States Customs had places a "STOP" on the container.   *See* Customs Entry form, attached hereto as Exhibit "F",  and incorporated herein by reference.

11.    The container was subsequently removed to Challenge Warehouse located at 3200 SE 14th Avenue, Miami, Florida.  Thereafter, on or about May 9, 2002, East Florida Hauling picked up the subject container on a clean East Florida Hauling bill of lading, and delivered it to Defendant INTEGRATED DISTRIBUTION.  INTEGRATED DISTRIBUTION signed for and otherwise accepted the container, without exception.  A copy of the aforementioned clean bill of lading is attached hereto as Exhibit "G" and incorporated herein by reference.

12.    On May 9, 2001, INTEGRATED DISTRIBUTION, after receiving the subject ladies tank tops, issued a "container control report," which is attached hereto as Exhibit "H" and incorporated herein by reference.  Subsequently, INTEGRATED DISTRIBUTION discovered that there was a shortage of 433 cartons.  A copy of the document indicating INTEGRATED DISTRIBUTION'S notation of the shortage is attached hereto as  Exhibit "I" and incorporated herein by reference.  A copy of INTEGRATED DISTRIBUTION'S warehouse receipt #KR6215, also evidencing the shortage of 433 cartons, is attached hereto as Exhibit "J" and incorporated herein by reference.

13.    Shortly thereafter, INTEGRATED DISTRIBUTION, without informing anybody of the loss, de-consolidated the load and then arranged for a re-groupage for final delivery to AMERICAN EAGLE'S premises in Pennsylvania.  It was not until on or about May 15, 2001, when the re-grouped load arrived at AMERICAN EAGLE'S premises in

Pennsylvania, that AMERICAN EAGLE became aware of the shortage of 433 cartons of ladies tank tops.

14.     That at all times material hereto, the subject cargo was insured by certain Lloyd's syndicates under policy number C70026.

15.     That as a result of the loss of the subject ladies tank tops, Plaintiff AMERICAN EAGLE presented a claim under the subject policy, in the approximate amount of $269,662.50, based on a loss of approximately 21,753 ladies tank tops with a retail selling price of $12.50 per tank top.

16.     That after subtracting the applicable Policy deductible of $25,000, the sum of $244,662.50  was paid to AMERICAN EAGLE for reimbursement of the damages sustained by AMERICAN EAGLE  arising from the loss of the subject ladies tank tops while under the care, custody and control of the Defendant, INTEGRATED DISTRIBUTION.

17.     AMERICAN EAGLE has duly performed all duties and obligations on their part to be performed.

### COUNT I- NEGLIGENCE

18.     Plaintiff re-alleges and re-avers the allegations contained in Paragraphs 1 through 17above, and further alleges:

19     Defendant, INTEGRATED DISTRIBUTION, while having the care, custody and control of the subject clothing, then owned by AMERICAN EAGLE, owed a duty to use reasonable care to protect the subject clothing from loss and theft and to otherwise perform its services in a reasonable and workmanlike manner.

20.    Defendant breached these duties by failing to exercise reasonable care as a result of one or more of the following negligent acts and/or omissions:

a.    Failing to timely unload the subject clothing from the container and placing it inside INTEGRATED DISTRIBUTION'S warehouse;

b.    Failing to following its previously established procedures by failing to provide security for the container and subject clothing, or in failing to move the container and subject clothing to a secured location;

c.    Failing to provide sufficient deterrence and security to the premises to prevent the loss of the subject ladies tank tops;

d.    Failing to perform its agreed upon services in a reasonable and workmanlike manner;

e.    Failing to promptly notify AMERICAN EAGLE of the subject loss;

f.    De-consolidating and subsequently reconsolidating the subject cargo without notifying AMERICAN EAGLE;

g.    Such other acts and omissions as may be disclosed during discovery.

21.    That as a direct and proximate result of Defendant's negligence, the Plaintiff has sustained damages, in the amount of $244,662.50, together with interest, costs and such other and further relief as the Court deems appropriate.

WHEREFORE, Plaintiff, AMERICAN EAGLE OUTFITTERS, INC., a Delaware corporation, demands judgment against the Defendant, INTEGRATED DISTRIBUTION SYSTEMS, INC., in the amount of $244,662.50, together with interest, costs and such other and further relief as the Court deems appropriate.

## COUNT II - BREACH OF BAILMENT

22.    Plaintiff re-alleges and re-avers the allegations contained in Paragraphs 1

through 17 above, and further alleges

23.    At all times material hereto, INTEGRATED DISTRIBUTION was a bailee for hire of the container and the subject clothing owned by AMERICAN EAGLE and insured by the Plaintiff, Interested Underwriters concerned.

24.    As bailee, INTEGRATED DISTRIBUTION owed AMERICAN EAGLE a duty to care for the subject clothing, and to deliver the subject clothing to AMERICAN EAGLE as thereafter directed by AMERICAN EAGLE, or to otherwise return the subject property to AMERICAN EAGLE in the same like good order and condition as when received by the INTEGRATED DISTRIBUTION.

25.    INTEGRATED DISTRIBUTION breached its duty as bailee by failing to deliver the subject clothing to AMERICAN EAGLE, or to otherwise return the subject clothing to AMERICAN EAGLE in the same like good order and condition as when received by the Defendant.

26.    That as a direct and proximate result of Defendant's negligence, the Plaintiff has sustained damages, in the amount of $244,662.50, together with interest, costs and such other and further relief as the Court deems appropriate.

WHEREFORE, Plaintiff, AMERICAN EAGLE OUTFITTERS, INC., a Delaware corporation, demands judgment against the Defendant, INTEGRATED DISTRIBUTION SYSTEMS, INC., in the amount of $244,662.50, together with interest, costs and such other and further relief as the Court deems appropriate.

## COUNT III - BREACH OF CONTRACT

27.    Plaintiff re-alleges and re-avers the allegations contained in Paragraphs 1 through 17, above, and further alleges

28.    For good and valuable consideration, INTEGRATED DISTRIBUTION agreed

to offload, or otherwise posses, the subject clothing from the container and place it in INTEGRATED DISTRIBUTION'S possession until instructed to deliver the subject property to AMERICAN EAGLE.

29.    That INTEGRATED DISTRIBUTION had the duty to perform these services agreed upon in a reasonable and workmanlike manner.

30.    a.    Failing to timely unload the subject clothing from the container and placing it inside INTEGRATED DISTRIBUTION'S warehouse;

b.    Failing to following its previously established procedures by failing to provide security for the container and subject clothing, or in failing to move the container and subject clothing to a secured and alarmed storage yard;

c.    Failing to provide sufficient deterrence and security to the premises to prevent the loss of the subject ladies tank tops;

d.    Failing to perform its agreed upon services in a reasonable and workmanlike manner;

e.    Failing to promptly notify AMERICAN EAGLE of the subject loss;

f.    De-consolidating and subsequently reconsolidating the subject cargo without notifying AMERICAN EAGLE;

g.    Such other acts and omissions as may be disclosed during discovery.

31.    That as a direct and proximate result of Defendant's negligence, the Plaintiff has sustained damages, in the amount of $244,662.50, together with interest, costs and such other and further relief as the Court deems appropriate.

WHEREFORE, Plaintiff, AMERICAN EAGLE OUTFITTERS, INC., a Delaware corporation, demands judgment against the Defendant, INTEGRATED DISTRIBUTION SYSTEMS, INC., in the amount of $244,662.50, together with interest, costs and such other and further relief as the Court deems appropriate.

## PRAYER

**WHEREFORE**, the Plaintiff, AMERICAN EAGLE OUTFITTERS, INC., a Delaware corporation, prays:

1.    That the Court order, adjudge and decree that the Defendant, INTEGRATED DISTRIBUTION SYSTEMS, INC., pay to Plaintiff the amount of damages sustained, $244,662.50, together with pre-judgment interest thereon, and costs; and,

2.    That Plaintiff may have such other and further relief in the premises as in law and justice it may be entitled to receive.

DATED this _4_ day of September 2002.

> **HAYDEN AND MILLIKEN, P.A.**
> 5915 Ponce de Leon Blvd., Suite 63
> Miami, Florida 33146-2435
> Phone:        (305) 662-1523
> Fax:            (305) 663-1358
>
> By: _____
>          Reginald M. Hayden, Jr., Esq.
>          Florida Bar No. 097106
>
>          Mark G. Keegan, Esq.
>          Florida Bar No. 503371

H:\17572\Pldg\complaint-fed-ct.wpd



PLAINTIFF'S
EXHIBIT
A

# Commercial Invoice

| 1. Shipper/Exporter<br>CHEIL HONDURAS; S. A.<br>ZONAS INDUSTRIALES CONTINENTAL<br>LA LIMA, CORTES, HONDURAS, C. A.<br>TEL.(504) 668-1068/FAX:(504)668-1500 | 8. No. & Date of Invoice<br>CHL010407-3  APRIL 07,  2001 |
|---|---|
| | 9. No. & Date of L/C<br><br>ORIGINAL |
| 2. For Account & Risk of Messrs<br>LI & FUNG (TRADING) LTD.<br>11/F LIFUNG CENTRE, 868 CHEUNG SHA WAN<br>ROAD, KOWLOON, HONG KONG | 10. L/C Issuing Bank |
| | 11. Remarks<br>** CONSIGNED TO: BLUE STAR IMPORTS L.P.<br> 150 THORNHILL ROAD  WARRENDALE PA 15086 |
| 3. Notify Party<br>AEI CUSTOMS BROKERAGE SERVICES,<br> 703 NW  7TH ST  MIAMI  FL  33126-6007 U.S.A.<br>TEL. (305) 262-6388 FAX: (305) 261-5761<br>ATTN: EUSEBIO  FERNANDEZ | <br><br><br>**ALSO NOTIFY: BLUE STAR  IMPORTS L.P. |
| 4. Port of Loading<br>PUERTO CORTES<br>HONDURAS, C.A. | 5. Final Destination<br>MIAMI, FL<br>U.S.A. | 150 THORNHILL ROAD  WARRENDALE, PA 15086<br>ATTN: RICH BYRNES FAX:412-779-5155<br> " BULK " |
| 6. Carrier     V-0130<br>MAERSK SANTO THOMAS | 7. Sailing on/or about<br>APRIL 07, 2001 | |

| 12. Marks & No. of Pkg | 13. Description of Goods | 14. Quantity | 15. Unit-Price | 16. Amount |
|---|---|---|---|---|
| BOTH SIDE<br>FACTORY NAME:<br>CHEIL HONDURAS, S.A.<br>PO# 66865<br>STYLE# 7567 COLOR:<br>SIZE: Q'TY:<br>P/TICKETED CTN#:<br> 862  OF 862 | COUNTRY OF ORIGIN: REPUBLIC OF HONDURAS<br>*WEARING APPAREL<br>LADIES DOUBLE LAYER SQUARE FRONT TANK<br>**STYLE NO.7367**<br>P/M NO. 01-KAEOILK-0070 | F.O.B.   HONDURAS<br><br>P.O. NO. 66865<br><br>PCS<br>43,006 | US$<br><br>3.55 | US$<br><br><br><br>152,671.30 |
| | TOTAL:862 CTNS | 43,006 | | 152,671.30 |
| TTL CTNS:  862<br>FRONT/BACK<br>AMERICAN EAGLE OUT-<br>FITTERS 150 THORNHILL<br>DRIVE, WARRENDALE,<br>PA 15086 | COST BREAKDOWN<br>EXPORT FACTORY CHARGE :  143,511.02<br>PACKING COST            :    4,580.14<br>INLAND FREIGHT          :    3,053.43<br>LANDING & OTHER CHARGE  :    1,526.71<br>TOTAL:                       152,671.30 | | 573. 41 - ASS(<br><br>153244. 71 | |
| GROSS CARTON WEIGHT:<br>NET CARTON WEIGHT:<br>COUNTRY OF ORIGIN:<br>HONDURAS<br>CARTON DIMENSIONS: | *HTS CODE:  6109-20-2075<br>*FABRIC: 100% COTTON 1X1  RIB 240GR/M2<br>*PRICE TICKETS IF FOREIGN ORIGIN VALUED AT USD0.16 PER DOZEN WERE<br> SUPPLIED BY THE IMPORTER FREE IF CHARGE.<br>*THIS ITEM IS KNIT/NOT DENIM APPAREL<br>*NET NET WEIGHT BREAKDOWN | | 6109. 10. 0060 | |



19 x 13 x 13 "

| SIZE | XS | S | M | L | XL | TOTAL |
|---|---|---|---|---|---|---|
| QTY | 5635 | 13728 | 15444 | 6006 | 2193 | 43,006 |
| N.NET WT(KGS/PC) | 0.12 | 0.13 | 0,14 | 0.15 | 0.17 | |
| **TOTAL:** | 676.20 | 1784.64 | 2162.16 | 900.90 | 372.81 | 5,896.71 |

CHEIL HONDURAS  S.A.
ZONAS INDUSTRIALES CONTINENTAL
LA LIMA, CORTES, HONDURAS

TOTAL N. NET WEIGHT:      5,896.71 Kgs
TOTAL NET WEIGHT   :      6,103.09 KG
TOTAL GROSS WEIGHT :      6,469.28 KG
TOTAL MEASUREMENT  :      45.303 CBM



JUN DONG JUNG/PRESIDENT

ADDRESS      :  ZONAS INDUSTRIALES CONTINENTAL
                LA LIMA, CORTES, HONDURAS, C.A.
TELEPHONE    :  504-668-1068/504-668-1506
FAX          :  504-668-1500
E-Mail Address :  cheilh@infovia.hn

DATE: ABRIL 07, 2001
PAGE NO.   1  OF  1

PLAINTIFF'S
EXHIBIT
B
1 of 2

# Packing List

ORIGINAL

BILL TO:
AEO MANAGEMENT LP.            BULK
150 THIORNHILL DRIVE
WARRENDALE PA 15086

SHIP TO:
AMERICAN EAGLE OUTFITTERS
150 THORN HILL DRIVE
WARRENDALE, PA 15086

| P.O./P.A.# | ORDER DATE | START DATE | COMPLETE DATE |
|---|---|---|---|
| 66865 | 3/29 | | |

**Bar Code Labels**

| Barcode Prefix 1236 Start# | End# | No of CARTON | CTN No. | SKU No. | STYLE# | COLOR CODE | XS | S | M | L | XL | QTY/CTN | TOTAL Q'TY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4182601 | 4182659 | 59 | 1-59 | 11317609 | 7367 | 132 | 50 | | | | | 50 | 2950 |
| 4182660 | | 1 | 60 | " | " | " | 33 | | | | | 33 | 33 |
| 4182661 | 4182804 | 144 | 61-204 | 11317617 | " | " | | 50 | | | | 50 | 7200 |
| 4182805 | 4182966 | 162 | 205-366 | 11317625 | " | " | | | 50 | | | 50 | 8100 |
| 4182967 | 4183029 | 63 | 367-429 | 11317633 | " | " | | | | 50 | | 50 | 3150 |
| 4183030 | 4183052 | 23 | 430-452 | 11317641 | " | " | | | | | 50 | 50 | 1150 |
| 4183053 | | 1 | 453 | " | " | " | | | | | 23 | 23 | 23 |
| 4183054 | 4183080 | 27 | 454-480 | 11425154 | " | 342 | 50 | | | | | 50 | 1350 |
| 4183081 | | 1 | 481 | " | " | " | 54 | | | | | 54 | 54 |
| 4183082 | 4183149 | 68 | 482-549 | 11425162 | " | " | | 50 | | | | 50 | 3400 |
| 4183150 | | 1 | 550 | " | " | " | | 56 | | | | 56 | 56 |
| 4183151 | 4183227 | 77 | 55-627 | 11425170 | " | " | | | 50 | | | 50 | 3850 |
| 4183228 | | 1 | 628 | " | " | " | | | 38 | | | 38 | 38 |
| 4183229 | 4183256 | 28 | 629-656 | 11425188 | " | " | | | | 50 | | 50 | 1400 |
| 4183257 | 4183258 | 2 | 657-658 | " | " | " | | | | 56 | | 56 | 112 |
| 4183259 | 4183268 | 10 | 659-668 | 11425196 | " | " | | | | | 50 | 50 | 500 |
| 4183269 | | 1 | 669 | " | " | " | | | | | 40 | 40 | 40 |
| 4183270 | 4183293 | 24 | 670-693 | 11425253 | " | 550 | 50 | | | | | 50 | 1200 |
| 4183294 | | 1 | 694 | " | " | " | 48 | | | | | 48 | 48 |
| 4183295 | 4183355 | 61 | 695-755 | 11425261 | " | " | | 50 | | | | 50 | 3050 |
| 4183356 | | 1 | 756 | " | " | " | | 22 | | | | 22 | 22 |
| 4183357 | 4183423 | 67 | 757-823 | 11425279 | " | " | | | 50 | | | 50 | 3350 |
| 4183424 | 4183425 | 2 | 824-825 | " | " | " | | | 53 | | | 53 | 106 |
| 4183426 | 4183451 | 26 | 826-851 | 11425287 | " | " | | | | 50 | | 50 | 1300 |
| 4183452 | | 1 | 852 | " | " | " | | | | 44 | | 44 | 44 |
| 4183453 | 4183461 | 9 | 853-861 | 11425295 | " | " | | | | | 50 | 50 | 450 |
| 4183462 | | 1 | 862 | " | " | " | | | | | 30 | 30 | 30 |
| | | 862 | | | | | 5635 | 13728 | 15444 | 6006 | 2193 | | 43006 |

JUN DONG JUNG, PRESIDENT

| Summary of Total | | Style/Color | Packing | XS | S | M | L | XL | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| No. of Carton: 862 CTNS TOTAL | | 7367/132 | BULK | 2983 | 7200 | 8100 | 3150 | 1173 | 22606 |
| Gross Weight: | 6469.28 KGS | 7367/342 | " | 1404 | 3456 | 3888 | 1512 | 540 | 10800 |
| Net Weight: | 6103.09 KGS | 7367/550 | " | 1248 | 3072 | 3456 | 1344 | 480 | 9600 |
| | | TOTAL: | | 5635 | 13728 | 15444 | 6006 | 2193 | 43006 |

# PACKING LIST

PLAINTIFF'S EXHIBIT
8
2 of 2

| 1.Shipper/Exporter | 8. No. & Date of Invoice |
|---|---|
| CHEIL HONDURAS, S. A.<br>ZONAS INDUSTRIALES CONTINENTAL<br>LA LIMA, CORTES, HONDURAS, C. A.<br>TEL.(504) 668-1068/FAX:(504)668-1500 | CHL010407-3  APRIL 07, 200 |

**11. Remarks**

**ORIGINAL**

**2. For Account & Risk of Messrs**
LI & FUNG (TRADING) LTD.
11/F,LIFUNG CENTRE,888 CHEUNG SHA WAN
ROAD, KOWLOON, HONG KONG

**3. Notify Party**
AEI CUSTOMS BROKERAGE SERVICES,
6703 NW 7TH ST  MIAMI FL 33126-6007 U.S.A.
TEL. (305) 262-6388 FAX: (305) 261-5761
ATTN: EUSEBIO FERNANDEZ

| 4. Port of Loading | 5.Final Destination |
|---|---|
| PUERTO CORTES<br>HONDURAS, C.A. | MIAMI, FL<br>U.S.A. |
| **6. Carrier**   V-0130<br>MAERSK SANTO THOMAS | **7. Sailing on/or about**<br>APRIL 07, 2001 |

| 12. Marks & No. of Pkg | 13.Description of Goods | 14.Quantity | 15.Unit-Price |
|---|---|---|---|
| BOTH SIDE<br>FACTORY NAME:<br>CHEIL HONDURAS, S.A.<br>PO# 66865<br>STYLE# 7367 COLOR:<br>SIZE: Q'TY:<br>P/TICKETED CTN#:<br>1-862 OF 862 | *WEARING APPAREL<br>LADIES DOUBLE LAYER SQUARE FRONT TANK<br>**STYLE NO. 7367**          **P.O.NO. 66865**<br>P/M NO. 01-KAEOILK-0070   43,006            862 | | |

**TOTAL:**   43,006   862

*NET NET WEIGHT BREAKDOWN

| SIZE | XS | S | M | L | XL | TOTAL |
|---|---|---|---|---|---|---|
| Q'TY | 5635 | 13728 | 15444 | 6006 | 2193 | 43,006 |
| N.NET W'T(KGS/PC) | 0.12 | 0.13 | 0.14 | 0.15 | 0.17 | |
| **TOTAL:** | 676.20 | 1784.64 | 2162.16 | 900.90 | 372.81 | **5,896.71**<br>**KGS** |

TTL CTNS:  862

FRONT/BACK
AMERICAN EAGLE OUT-
FITTERS 150 THORNHILL
DRIVE, WARRENDALE,
PA 15086

TOTAL N. NET WEIGHT:   5,896.71 KGS
TOTAL NET WEIGHT  :   6,103.09 KGS
TOTAL GROSS WEIGHT :   6,469.28 KGS
TOTAL MEASUREMENT :   45.30CBM

GROSS CARTON WEIGHT:
NET CARTON WEIGHT:
COUNTRY OF ORIGIN:
HONDURAS
CARTON DIMENSIONS:

19 x 13 x 13 "

CHEIL HONDURAS S. A.
ZONAS INDUSTRIALES CONTINENTAL
LA LIMA, CORTES, HONDURAS

SIGNED BY

**JUN DONG JUNG/PRESIDENT**

PLAINTIFF'S
EXHIBIT
C
1 of 2

MAY-15-2001 TUE 08:42 AM MIRANDA ENTEPRISES    504 5571104    P. 02

**ACS**
Global Distribution Solutions

## LOADING TALLY SHEET

| | | |
|---|---|---|
| Date: Abril 7/01 | Page: 1 of | |
| Customer: AEO | Container Number: GSTU 9522038 | |
| Factory Name: Chili | Carrier Seal Number: CC68381 | |
| ACS Arrival Time: → 9:00 AM | ACS Seal Number: 982468 | |
| Loading Start Time: 10:00 AM | Loading Finish Time: 11:20 AM | |
| Type of Loading: | Country: Honduras | |
| Over Time Hours: | Reason For Over Time: | |

Load

| Seq. | PO No. | Style | Color | Size | Cartons | Remarks |
|---|---|---|---|---|---|---|
| 1 | 66865 | | White | XS | 48 | |
| 2 | | | | XS | 11 | |
| 2 | | | | S | 38 | |
| 3 | | | | S | 49 | |
| 4 | | | | S | 72 | |
| 5 | | | | S | 15 | |
| 6 | | | | M | 27 | |
| 7 | | | | M | 42 | |
| 7 | | | | M | 42 | |
| 8 | | | | M | 42 | |
| 9 | | | | M | 9 | |
| 9 | | | | L | 33 | |
| 10 | | | | L | 30 | |
| 10 | | | | XL | 12 | |
| 11 | | | | XL | 12 | |
| 11 | | | C/Clear | XS | 28 | |
| 11 | | | | S | 2 | |
| 12 | | | | S | 42 | |
| 13 | | | | S | 25 | |
| 13 | | | | M | 17 | |
| 14 | | | | M | 42 | |
| 15 | | | | M | 19 | |
| 15 | | | | L | 23 | |
| 16 | | | | L | 7 | |
| 16 | | | | XL | 11 | |
| 16 | | | JAM | XS | 17 | |
| 17 | | | | XS | 8 | |
| 17 | | | | S | 27 | |
| 18 | | | | S | 35 | |
| 19 | | | | M | 28 | 783 |
| | | | | | | 73 |

ACS Supervisor Signature
(print & sign)

Factory Representative Signature (print & sign)

GEORGE

PLAINTIFF'S
EXHIBIT
C
2 of 2

MAY-15-2001 TUE 08:42 AM MIRANDA ENTEPRISES    504 5571104         P. 03

**ACS**
Global Distribution Solutions

## LOADING TALLY SHEET

| | |
|---|---|
| Date | April 7 / 2001 |
| Customer | A.E.C. |
| Factory Name | Cheil |
| ACS Arrival Time | 9:00 AM |
| Loading Start Time | 10:00 AM |
| Type of Loading | |
| Over Time Hours | |

| | |
|---|---|
| Page | 2 of |
| Container Number | GSTU 9522038 |
| Carrier Seal Number | CC 68381 |
| ACS Seal Number | 98 2468 |
| Loading Finish Time | 11.20 AM |
| Country | HONDURAS |
| Reason For Over Time | |

| Load Seq. | PO No. | Style | Color | Size | Cartons | Remarks |
|---|---|---|---|---|---|---|
| 20 | 66865 | | JAM | M | 28 | |
| 21 | | | | M | 13 | |
| 21 | | | | L | 15 | |
| 22 | | | | L | 12 | |
| 23 | | | | XL | 10 | |
| 23 | | | White #1 | | 1 | |

| | | Total | 79 |
|---|---|---|---|

ACS Supervisor Signature
print & sign)

Factory Representative Signature (print
& sign)

GEORGE



# FORWARDERS CARGO RECEIPT

**No:**

| SHIPPER (PRINCIPAL OR SELLER - LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|

| CONSIGNEE (NAME AND ADDRESS) | ALSO NOTIFY PARTY | |
|---|---|---|

PENGAD-Bayonne, N. J.

**PLAINTIFF'S EXHIBIT**

D

| NOTIFY PARTY/INTERMEDIATE CONSIGNEE (NAME AND ADDRESS) | EXPORT CARRIER (VESSEL, VOYAGE) |
|---|---|

| | EXPORT REFERENCE | PORT OF LOADING |
|---|---|---|

| | PORT OF DISCHARGE | FINAL DESTINATION |
|---|---|---|

## DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT KGS | MEASUREMENT CBM |
|---|---|---|---|---|

| STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF | FREIGHT COLLECT; |
|---|---|
| | FREIGHT PREPAID: |

MIRANDA ENTERPRISES "R.S". S.A. DE C.V.

TEL: 558-1851
FAX: 557-1104

WE RECEIVED ____ ORIGINAL(S) ____ COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/3 ORIGINAL BILL. OF LADING WOULD BE DISPATCHED TO THE PARTIES AT THE PORT OF DISCHARGE AT THE TIME OF SHIPMENT AS INSTRUCTED BY THE CUSTOMER.

ACS LOGISTICS LTD. ("ACS") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED, AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND FORWARDING OF THE GOODS BY ACS ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH AND INCORPORATED BY REFERENCE ON THIS SIDE AND THE REVERSE HEREOF, WHETHER WRITTEN, STAMPED OR PRINTED NUMBER OF:

ORIGINAL OF THE CARGO RECEIPT, ISSUED BY ACS LOGISTICS LTD.
BY:

# MAERSK SEALAND

| | COMBINED TRANSPORT BILL OF LADING | B/L No.: |
|---|---|---|

XSP040686

| Shipper/Exporter (complete name and address) | Booking No. |
|---|---|
| :HEIL HONDURAS, S.A.<br>JONAS INDUSTRIALES CONTINENTAL<br>LA LIMA, CORTES, HONDURAS C.A.<br>'EL:(504)668-1068<br>'AX:(504)668-1500 | 000205893<br><br>Export references<br>INVOICE NO. CHL010407-3<br>DATE: APRIL 07,2001 |

PLAINTIFF'S EXHIBIT<br>E<br>PENGAD-Bayonne, N. J.

| Consignee (complete name and address) | Forwarding agent - references |
|---|---|
| BLUE STAR IMPORTS L.P.<br>.50 THORNHILL ROAD<br>WARRENDALE, PA 15086 | MIRANDA ENTERPRISES "R.S.", S.A.<br>DE C.V./ACS  SAN PEDRO SULA, CORTES<br>HONDURAS, C.A. TEL(504)558-1851 |
| | Point and Country of Origin |
| | LA LIMA, CORTES, HONDURAS |

| Notify Party (complete name and address) | Domestic routing/export instructions |
|---|---|
| AEI CUSTOMS BROKERAGE SERVICES<br>'703 NW 7TH STREET<br>1IAMI, FLORIDA 33126-6007 U.S.A.<br>CT . EUSEBIO FERNANDEZ<br>PH:(305)262-6300 FAX:8305)261-5761 | ALSO NOTIFY:<br>BLUE STAR IMPORTS L.P.<br>150 THORNHILL ROAD<br>WARRENDALE, PA 15086 |

| Precarriage by | *Place of Receipt |
|---|---|
| | LIMA |

| Vessel | Voy No. | Port of Loading | Onward inland routing |
|---|---|---|---|
| 1AERSK SANTO TOM 0130 | | PUERTO CORTES | |
| Port of Discharge | | *Place of Delivery | SC NO.: 6797 |
| PORT EVERGLADES | | MIAMI, FLA | |

## CARRIER'S RECEIPT — PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE

| Container No./Seal No.<br>Marks and Numbers | No. of Containers or pkgs. | Kind of packages; description of goods | Gross Weight | Measurement |
|---|---|---|---|---|
| BOTH SIDE<br>FACTORY<br>:AME:<br>:HEIL<br>HONDRUAS,S.A<br>:O NO.<br>6865<br>STYLE NO.<br>7367<br>'C  )R:<br>SIZE:<br>QTY:<br>/TICKETED<br>.TN#: | 1 | 40' SAID TO CONTAIN<br>862 CARTONS<br>43,006 PCS<br>OF WEARING APPAREL<br>LADIES DOUBLE LAYER SQUARE<br>FRONT TANK<br>P/M NO. 01-KAEOILK-0070<br>HTS CODE: 6109-20-2075<br>SHIPPERS LOAD, STOW AND COUNT | KGS<br>6469.280 | CBM<br>45.303 |

| Freight & Charges | Rate | | Unit | Prepaid | Collect |
|---|---|---|---|---|---|
| BASIC FREIGHT  1.00* | 1100.00 | USD | 40' | | 1100.00 |
| BUNKER ADJ. FACTOR | 180.00 | USD | S4 | | 180.00 |
| CHASSIS USAGE CHARGE | 60.00 | USD | S4 | | 60.00 |
| INLAND HAUL. EXPORT | 66.00 | USD | S4 | | 66.00 |

| Declared Value Charges<br>See clause 6) for<br>eclared Value of US $ | Total Prepaid | Received in apparent good order and condition, unless otherwise stated herein, for transportation on board the ocean vessel mentioned herein or any substituted vessel or on board the feeder vessel or other means of transportation (rail or truck) if place of receipt is named in this Bill of Lading the goods or packages or containers said to contain goods, hereinafter called 'the Goods', specified herein for carriage from the port of loading named herein or place of receipt if mentioned herein, on a voyage as described and agreed by this Bill of Lading and discharge at the port of discharge named herein or deliver at this place of delivery if mentioned herein, such carriage, discharge or delivery being always subject to the exceptions, limitations, conditions and liberties hereinafter agreed in like order and condition at the port of discharge or place of delivery if named as the case may be, for delivery unto the Consignee mentioned herein or to hie or their assigns where the Carrier's responsibilities shall in all cases and in all circumstances whatsoever finally cease. It is further agreed that Containers may be stowed on deck without notice persuant to Clause 18 on the reverse side of this Bill of Lading. IN WITNESS whereof the number of original Bills of Lading stated on this side have been signed, one of which being accomplished the other(s) to be void. |
|---|---|---|
| Number of Original B(s)/L | Total Collect | |
| 4/FOUR | USD     1406.00 | |
| Place of Issue | Date | For Dampskibsselskabet af 1912, Aktieselskab and Aktieselskabet Dampskibsselskabet Svendborg as carrier |
| SAN PEDRO SULA | APR 07 2001 | MAERSK HONDURAS S.A. |

*Applicable only when document used
as a Combined Transport Bill of Lading

SEE ATTACHED SHEET

1000

As Agent(s) only

9171/1500M/H9-00/DR

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

PLAINTIFF'S
EXHIBIT
F
1.12

# ENTRY/IMMEDIATE DELIVERY

ENTRY DOCUMENTS

RADIX GRP DBA DANZAS AEI CSTM BK 2001 APR 13 ABX Certified
6703 NW 7th Street
Miami, FL 33126

FAX# 305-261-5633

19 CFR 142.3, 142.16, 142.22, 142.24                Broker Code: 336

| 1. ARRIVAL DATE | 2. ELECTED ENTRY DATE | 3. ENTRY TYPE CODE/NAME | | 4. ENTRY NUMBER |
|---|---|---|---|---|
| 41101 | | 01    Consumption | | 336-2331172-9 |
| 5. PORT | 6. SINGLE TRANS. BOND | 7. BROKER/IMPORTER FILE NUMBER | | 9. IMPORTER NUMBER |
| 5203 | | 442331172  ECF  0245 | | Same |
| | 8. CONSIGNEE NUMBER | | | |
| | 25-185196900 | | | |

| 10. ULTIMATE CONSIGNEE NAME | 11. IMPORTER OF RECORD NAME |
|---|---|
| BLUE STAR IMPORTS L P 150 THORN HILL DR WARRENDALE, PA 15086 | Same |

| 12. CARRIER CODE | 13. VOYAGE/FLIGHT/TRIP | 14. LOCATION OF GOODS-CODE(S)/NAME(S) |
|---|---|---|
| MAEU | 01030 | M976    SEALAND-CO-CARGO/FIELD 25 |

| 15. VESSEL CODE/NAME | | | |
|---|---|---|---|
| MAERSK SANTO TOM | | | |
| 16. U.S. PORT OF UNLADING | 17. MANIFEST NUMBER | 18. G.O. NUMBER | 19. TOTAL VALUE |
| 5203 | | | 153245 |

20. DESCRIPTION OF MERCHANDISE:

WEARING APPAREL

| 21. IT/BL/AWB 22. IT/BL/AWB NO. CODE | 23. MANIFEST QUANTITY | 24. H.S. NUMBER | 25. COUNTRY OF ORIGIN | 26. MANUFACTURER ID. |
|---|---|---|---|---|
| M21531MAEUXSP040686 | 842 | 6109.10.0060 | HN | HNCHEMONLAL |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

27. CERTIFICATION                                    28. CUSTOMS USE ONLY

I hereby make application for entry/immediate delivery. I certify that the above information is accurate, the bond is sufficient, valid, and current, and that all requirements of CFR Part 142 have been met.

☐ OTHER AGENCY ACTION REQUIRED, NAMELY:

SIGNATURE OF APPLICANT
X _____ Attorney-In-Fact
Radix Group Int'l A-I-F

PHONE NO.                    DATE
305-262-6300            4/12/01

☐ CUSTOMS EXAMINATION REQUIRED
☐ ENTRY REJECTED, BECAUSE:

**STOP**
Container #GSTU-952203
TO BE DELIVERED TO
U.S. CUSTOMS
Call 728-8221
For Appt.
Date 04-13-01
Insp _____

DELIVERY AUTHORIZED:        SIGNATURE                DATE

29. BROKER OR OTHER GOVT. AGENCY USE
Exam Site: M852  CHALLENGE WAREHOUSE
Container #:
GSTU952203              862

Paperwork Reduction Act Notice: This information is needed to determine the admissibility of imports into the United States and to provide the necessary information for the examination of the cargo and to establish the liability for payment of duties and taxes. Your response is necessary.

Customs Form 3461 (0.10.189)

PLAINTIFF'S EXHIBIT
F
2.12

**DEPARTMENT OF THE TREASURY**
**UNITED STATES CUSTOMS SERVICE**
**ENTRY SUMMARY**

| 1. Entry No. | 2. Entry Type Code | 3. Entry Summary Date |
|---|---|---|
| | 01 ABI/A | |

| 4. Entry Date | 5. Port Code |
|---|---|
| | 5205 |

| 6. Bond No. | 7. Bond Type Code | 8. Broker / Importer File No. |
|---|---|---|
| 741 | 8 | 0245  44205/1722 ECI |

9. Ultimate Consignee Name and Address
TROPIX INC DBA CANYON CREEK COMPANY
4702 NW 7th Street
Miami FL 33176

666865

| 10. Consignee No. | 11. Importer of Record Name and Address | 12. Importer No. |
|---|---|---|
| 25-1851969900 | BLUSTP150 BLUE STAR IMPORTS L P 150 THORN HILL DR WARRENDALE PA 15086 | 25-1851969900 |

| 13. Exporting Country: HM | 14. Export Date: 04/07/2001 |
|---|---|
| 15. Country of Origin: HM | 16. Missing Documents |
| 17. I.T. No. | 18. I.T. Date |

PA STATE

19. B/L or AWB No.  MAEUXSF040687
GSTU952203

| 20. Mode of Transportation: 11 | 21. Manufacturer I.D.: HMCHENGIAL | 22. Reference No. |
|---|---|---|
| 23. Importing Carrier: MAERSK SANTO TOM  MAEU | 24. Foreign Port of Lading: 21531 | 25. Location of Goods/G.O. No.: M076 SEALAND-CO-CARGO/FIELD 35 |

26. U.S. Port of Unlading: 5203
27. Import Date: 04/11/2001

| 28 Line No. | 30. A. T.S.U.S.A. No. B. ADA CVD Case No. 31. A. Gross Weight B. Manifest Qty. | 32. A. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value B. CHGS C. Relationship | 34. A. T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C. Rate D. Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|
| | M MAEUXSF040687 WEARING APPAREL 862 CTNS Invoice Number - CNLC104075 PO #66865 | | 862 CTNS | | | |
| 001 | WOMEN'S, TNK TOPS, COTTON KN/CR 6109.10.0060 8459 DAT 339 Cotton Fee 1.0  152623.50 + CTN Adj  621.30 E.V.  153244.70 | 3564 DOZ (8296 KG) 5296  KG USD @ 1.000000 As  153245 | NOT-RELATED 153245 C 1496 | 17.00% | | |
| | Harbor Maintenance | | | .1250% | | |
| | ENTERED 5-31-01 | | | | | |
| | Block 19 Summary Cotton Fee Harbor Maintenance Totals Total Entered Value 153245 | .05% 50% | | | | |

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

| U.S. CUSTOMS USE | TOTALS |
|---|---|
| A. Liq. Code / B. Ascertained Duty | 37. Duty |
| C. Ascertained Tax | 38. Tax |
| D. Ascertained Other | 39. Other |
| E. Ascertained Total | 40. Total |

41. Signature of Declarant, Title, and Date

Notice required by Paperwork Reduction Act of 1980.

STATISTICAL                Customs Form 7501 (030995)



All Payments must be made to:
**EAST FLORIDA HAULING, INC.**
7227 N.W. 29th Ave, Miami, FL 33147
PH: (305) 691-0081 • Fax (305) 691-0557
MC: 249481 • C.H.L.M. - 414

B/L _____

Driver's No. _129_

Date: _5-9-01_

## BILL OF LADING

PLAINTIFF'S EXHIBIT G

Consignor: _SEALAND PRU_
(NAME)                    (ADDRESS)

Consignor: _INTEGRATE SHOW N.W. 32 AV._
(NAME)                    (ADDRESS)

Shipper Inst. (BK) _____          Port: _____

Received subject to the classification and tariffs in effect on the date of issue of this B/L.

| Description Of Articles | Unit Number | Empty or Seal No. |
|---|---|---|
| 40' Van Trailer | | |
| 40' Flat Bed | | |
| 40' Container | GSTU. ~~___~~ | |
| 40' Bogie | 952203·8 | 62036__ |
| 20' Container | | |
| 20' Bogie | | |

Subject to Section 7 of conditions of applicable bill of lading. If the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and other lawful charges.

_____
(SIGNATURE OF CONSIGNOR)

**RESPONSIBILITY FOR LOSS OR DAMAGE TO EQUIPMENT**

Consignee shall be fully responsible to Carrier for any loss of, theft, mysterious disappearance of any other failure to return the equipment or damage to equipment (including chassis and container or trailer described in this bill of lading) without regard to cause while this equipment is on the possession of the consignee. Damages for the loss, theft, mysterious disappearance or other failure to return the equipment or any part of it shall be the replacement value of the equipment or carrier's obligation to the owner, whichever is lower. Damages for the repair of the equipment or for the removal of any lien placed on the equipment shall be the carrier's or owner's actual cost of repair or clearing the lien.

TIME: Arrived Shipper _12⁰⁰__. Left Shipper _____. Arrived Consignee _____. Left Consignee _____

WAITING TIME (@$ _____ /hour) At Shipper ☐  Consignee ☐          _____Hrs. _____Mins.

Authorized By: _____          Title: _____

| Rate | Charge | Rate | Charge | Rate | Charge | Rate | Charge | Rate | Charge | Total Charges |
|---|---|---|---|---|---|---|---|---|---|---|
| $____/ | | $__ per | | ___Hours | | | | | | |
| each way | $__ | Ticket | $__ | @$ __/Hr. | | | $__ | | $__ | $__ |

## DECLARED VALUE

Unless a greater value is declared and written in the place provided prior to tender of the shipment to carrier and an additional transportation charge of 50 cents (_ U.S.) per $100.00 or fraction thereof of the declared value is paid on the property in the above described trailer or container shipment moves at a declared value of 50 cents (.50 U.S.) per pound per article or actual value, whichever is less. The declared value is not more than _____

## SHIPPERS CERTIFICATE

I do certify that the above described weighs _____ and consists of _____

As used herein owner refers to the bailor(s) who delivered the equipment to the carrier.    SHIPPERS SIGNATURE: _____

**RESPONSIBILITY FOR PER DIEM, DEMURRAGE OR DETENTION CHARGES**

Consignee, from the time of acceptance of the equipment (including both chassis and container(s) or trailer described in the bill of lading) from Carrier, shall be responsible to Carrier for all per diem, demurrage, and/or detention charges assessed by whatever source until the equipment is returned to Carrier or the owner of the equipment. In the event the equipment is lost, stolen or destroyed while on the possession of the consignee, said consignee shall be responsible for all per diem, demurrage and/or detention charges assessed until the date the consignee has paid the full amount assessed by the owners for the lost, stole or destroyed equipment. Consignee's bailment shall not terminate until it has received a written receipt for the equipment from Carrier or owner.

**IN BOND AND HAZARDOUS MATERIAL SHIPMENTS**

Shipper/Consignor/Consignee must advise Carrier if the shipment is an in bond movement or hazardous material shipment and must provide necessary documents, including shipping papers, and information for Carrier to properly perform under the applicable regulations and this bill of lading. Shipper/Consignor/Consignee must also furnish Carrier with proper shipping papers and correctly packaged and loaded commodities and all necessary documents needed for Carrier to comply with U.S. Custom Service and state and U.S. Department of Transportation regulations applicable to the shipment and its concerns. Failure to comply with these provisions makes Shipper/Consignor/Consignee responsible to Carrier for any fines, penalties, liquidated damages or other assessments together with Carrier's costs, including attorneys fees, incurred as a result of Shipper's / Consignor's / Consignee's failure to comply with these provisions.

**SPECIAL CONDITIONS, IMPROPER LOADING, OVERNIGHT & ADVANCE CHARGES**

Unless otherwise stated in writing by Carrier the shipment moves shipper's load, weight and count and terms and conditions of this bill of lading and the tariffs in effect on the date of issue of this bill cannot be altered, amended or changed unless said changes are reduced to writing and approved by an officer of Carrier and/or to the breakage of this bill of lading and such change reduced to writing and signed by an officer for Carrier prior to the issuance of this bill of lading. Consignor/Consignee shall be responsible to Carrier and the public if any third party is damaged of injured for all damages to the equipment and its contents, if carried, for improper loading, including breakage. Improper loading or damage to the contents of the equipment while in Carrier's secure or its appointee to the carriers for the equipment moving shipped / Consignor / Consignee shall be responsible to Carrier for any fines, penalties, liquidated damages, cost of investigating and defending, including attorney fees, and judgments incurred from any cause, government of or levels, by reason of the violation of the above clause. Any fines, fines, penalties or liquidated damages imposed by any governmental authority on account of charges due under this bill of lading and all transportation charges to be paid prior to the delivery of the equipment and its contents, if carried, to the consignee.

Consignee _Miami DSI 25th_          CARRIER: **EAST FLORIDA HAULING, INC.**
(COMPANY NAME)

Received By _____ _5/9/01_          Driver _____

## PAYMENT OF CHARGES

All charges must be paid within 7 days except C.O.D. and other advanced charges which are due on the tender of this shipment. Unpaid balances due on this bill of lading for transportation charges, per diem, demurrage, detention charges, or for loss or damage to equipment shall bear interest at the rate of 1.5% per month. If the carrier is required to file a lawsuit to collect transportation or any other applicable costs or charges due on or under this bill of lading, Consignor/Consignee or shipper shall be liable for the costs of collection including Carrier's attorney's fees and costs.



**INTEGRATED**
DISTRIBUTION SYSTEMS INC.

7101 N.W. 32nd Avenue
Miami, Florida  33147
Phone: (305)836-3330



PLAINTIFF'S
EXHIBIT

H

## CONTAINER CONTROL REPORT

Container Receip   **CY1870**    *KR 6215*

Receipt Date:      5/9/01

Date Printed:      5/9/01                                    5:23:05PM

         Carrier                    Load_Status

CONTAINER NUMBER   **GSTU952203**

     LOCATION      **WEST YARD**

     CUSTOMER      1100      ·  AMERICAN EAGLE OUTFITTERS

  LOAD STATUS      Full

      CARRIER      Sealand


## RECEIPT FOR PICK-UP OF EMPTY CONTAINER

Date of Pick-up      _____

Drayage Company      _____        Driver      _____

MAY 31 2221 11:01                                              PAGE.03

# WAREHOUSE RECEIPT    KEYREC #    KR6215

**INTEGRATED** DISTRIBUTION SYSTEMS, INC.

Received for:  AMERICAN EAGLE OUTFITTERS

| | |
|---|---|
| CATEGORY | Ctn Distribution |

page   1

Customer Reference:
Delivering Carrier:  Sealand
Shipper:  AMERICAN EAGLE
Consignee:
Received:  5/10/01   17:23

Cont/AWB No:  GSTU952203
Container Size  40 foot
Seal No:  620366
Broker Ref:  N/A DRIVER129
Received by:  LM

Cust. Sequence: CKR-107

## REMARKS

5/9/01 PACKING LIST CALLS FOR 862 CTNS RECVD 443 CTNS SHORT

| LN# | DESCRIPTION | TOTAL CTNS | UNIT PACK | UNIT MEAS | CARTON WEIGHT | *CARTON DIMENSIONS* LENGTH WIDTH HEIGHT | | | CTN CUBE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 66865-BULK- |  |  |  |  |  |  |  |  |
|  | KEYREC | 419 | 50 | Cartons | 17.0 | 12 | 18 | 13 | 680.9 |
|  |  | 419 |  |  | 7,123  Lbs |  |  |  | 681 |

7,123 lbs = 2,659 kg

PLAINTIFF'S
EXHIBIT
J

IMPORTANT NOTE: Please refer to the terms and con... tions governing the receiving, storage, handling, and ... pment of
... here ... ... se w ... ... ire s ... ... on th ... ... ctise ...

PLAINTIFF'S EXHIBIT
I

PENGAD-Bayonne, N. J.

VENDOR NAME: CHEIL HONDURAS, S.A.
ADDRESS     : ZONAS INDUSTRIALES CONTINENTAL
              LA LIMA, CORTES, HONDURAS, C.A.
TELEPHONE : 504-668-1068/504-668-1506
FAX       : 504-668-1500
E-Mail Address : chelin@infovie.hn

PACKING LIST NO. CHL010407-3
DATE: ABRIL 07, 2001
PAGE NO.    1 OF 1

## Packing List                    ORIGINAL

BILL TO:                          SHIP TO:
AEO MANAGEMENT LP.      BULK      AMERICAN EAGLE OUTFITTERS
150 THIORNHILL DRIVE             150 THORN HILL DRIVE
WARRENDALE PA 15086              WARRENDALE, PA 15086

| P.O./P.A.# | ORDER DATE | START DATE | | COMPLETE DATE |
|---|---|---|---|---|
| 66865 | 3/29 | | | |

### Bar Code Labels

| Barcode (Prefix) Start | 1236 End | No. of CARTON | CTN No. | SKU# | STYLE# | COLOR CODE | XS | S | M | L | XL | QTY/ CTN | TOTAL QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4182601 | 4182659 | 59 | 1-59 | 11317609 | 7367 | 132 | 50 | | | | | 50 | 2950 |
| 4182660 | | 1 | 60 | " | " | " | 33 | | | | | 33 | 33 |
| 4182661 | 4182804 | 144 | 61-204 | 11317617 | " | " | | 50 | | | | 50 | 7200 |
| 4182805 | 4182966 | 162 | 205-366 | 11317625 | " | " | | | 50 | | | 50 | 8100 |
| 4182967 | 4183029 | 63 | 367-429 | 11317633 | " | " | | | | 50 | | 50 | 3150 |
| 4183030 | 4183052 | 23 | 430-452 | 11317641 | " | " | | | | | 50 | 50 | 1150 |
| 4183053 | | 1 | 453 | " | " | " | | | | | 23 | 23 | 23 |
| 4183054 | 4183080 | 27 | 454-480 | 11425154 | " | 342 | 50 | | | | | 50 | 1350 |
| 4183081 | | 1 | 481 | " | " | " | 54 | | | | | 54 | 54 |
| 4183082 | 4183149 | 68 | 482-549 | 11425162 | " | " | | 50 | | | | 50 | 3400 |
| 4183150 | | 1 | 550 | " | " | " | | 56 | | | | 56 | 56 |
| 4183151 | 4183227 | 77 | 551-627 | 11425170 | " | " | | | 50 | | | 50 | 3850 |
| 4183228 | | 1 | 628 | " | " | " | | | 38 | | | 38 | 38 |
| 4183229 | 4183256 | 28 | 629-656 | 11425188 | " | " | | | | 50 | | 50 | 1400 |
| 4183257 | 4183258 | 2 | 657-658 | " | " | " | | | | 56 | | 56 | 112 |
| 4183259 | 4183268 | 10 | 659-668 | 11425196 | " | " | | | | | 50 | 50 | 500 |
| 4183269 | | 1 | 669 | " | " | " | | | | | 40 | 40 | 40 |
| 4183270 | 4183293 | 24 | 670-693 | 11425253 | " | 550 | 50 | | | | | 50 | 1200 |
| 4183294 | | 1 | 694 | " | " | " | 48 | | | | | 48 | 48 |
| 4183295 | 4183355 | 61 | 695-755 | 11425261 | " | " | | 50 | | | | 50 | 3050 |
| 4183356 | | 1 | 756 | " | " | " | | 22 | | | | 22 | 22 |
| 4183357 | 4183423 | 67 | 757-823 | 11425279 | " | " | | | 50 | | | 50 | 3350 |
| 4183424 | 4183425 | 2 | 824-825 | " | " | " | | | 53 | | | 53 | 106 |
| 4183426 | 4183451 | 26 | 826-851 | 11425287 | " | " | | | | 50 | | 50 | 1300 |
| 4183452 | | 1 | 852 | " | " | " | | | | 44 | | 44 | 44 |
| 4183453 | 4183461 | 9 | 853-861 | 11425295 | " | " | | | | | 50 | 50 | 450 |
| 4183462 | | 1 | 862 | " | " | " | | | | | 30 | 30 | 30 |
| | | 862 | | | | | 5635 | 13728 | 15444 | 6006 | 2193 | | 43006 |

JUN DONG JUNG/PRESIDENT

Summary of Total

No. of Carton: 862 CTNS TOTAL
Gross Weight: 6469.28 KGS
Net Weight: 6183.89 KCS

| Style/Color | Packing | XS | S | M | L | XL | TOTAL |
|---|---|---|---|---|---|---|---|
| 7367/132 | BULK | 2983 | 7200 | 8100 | 3150 | 1173 | 22606 |
| 7367/342 | " | 1404 | 3456 | 3888 | 1512 | 540 | 10800 |
| 7367/550 | " | 1248 | 3072 | 3456 | 1344 | 480 | 9600 |
| TOTAL: | | 5635 | 13728 | 15444 | 6006 | 2193 | 43006 |

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**02-22607**

AMERICAN EAGLE OUTFITTERS, INC.
a Delaware corporation,

## DEFENDANTS

**CIV-MOORE**

INTEGRATED DISTRIBUTION SYSTEMS,
INC., a Florida corporation.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

*1:02 CV 22607 MOORE SULLIVAN*

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

HAYDEN AND MILLIKEN, P.A.
5915 Ponce de Leon Blvd. Suite 63
Miami, FL 33146 (305) 662-1523

ATTORNEYS (IF KNOWN)

MAGISTRATE JUDGE
O'SULLIVAN

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:   DADE,   MONROE,   BROWARD,   PALM BEACH,   MARTIN,   ST. LUCIE,   INDIAN RIVER,   OKEECHOBEE   HIGHLANDS

## II. BASIS OF JURISDICTION     (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN     (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT     (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | A OR B |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 U.S.C. § 1332

LENGTH OF TRIAL
via ____ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ 244,662.50   CHECK YES only if demanded in complaint:

JURY DEMAND:   ☐ YES   ☒ NO

## VIII. RELATED CASE(S) IF ANY    (See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE   9/4/02

SIGNATURE OF ATTORNEY OF RECORD

Hayden and Milliken, P.A.

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

$150.00   868812

09/05/02